Simon JACKSON, IV, Appellant

v.

Jeanette JACKSON, Appellee.

No. 05–12–00706–CV.

Court of Appeals of Texas, Dallas.

Jan. 29, 2013.

Simon Jackson IV, pro se.

Jeanette Jackson, pro se.

Before Chief Justice WRIGHT and Justices LANG–MIERS and LEWIS.

## OPINION

Opinion by Chief Justice WRIGHT.

By letter dated May 25, 2012 we notified appellant the $175 filing fee was due. We directed appellant to pay the filing fee within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal. Also by letter dated May 25, 2012, we notified appellant that a docketing statement had not been

filed. We directed appellant to file a docketing statement within ten days. We cautioned appellant that failure to file a docketing statement might result in dismissal of the appeal. To date, appellant has not paid the filing fee, filed a docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX.R.APP. P. 42.3(b), (c).